Rupa Nath Cook (SBN: 296130)
Norman Xavier (SBN: 361995)
**NATH COOK LAW PC**
100 Pine St, Ste 1250
San Francisco, CA 94111-5235
Tel: 714-335-2266
rupa@nathcook.com
norman@nathcook.com

*Attorney for Plaintiffs Luc Troussieux*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUC TROUSSIEUX, an individual<br><br>Plaintiff<br><br>v.<br><br>JONATHAN SEGALI, an individual; GOOD WORKS DRONE SHOWS LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 25-CV-05939-JCS<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF RUPA NATH COOK IN SUPPORT THEREOF**<br><br>*Complaint Filed: July 17, 2025* |

TO THE CLERK OF THE COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff LUC TROUSSIEUX ("Plaintiff") respectfully requests that the Clerk enter the default of defendants JONATHAN SEGALI and GOOD WORKS DRONE SHOWS LLC (collectively, "Defendants"). Defendants have not appeared or otherwise responded to the Complaint within the timeframe required by the Federal Rules of Civil Procedure and the Civil Local Rules of the Northern District of California.

Plaintiff filed his complaint on July 15, 2025 (the "Complaint"). Dkt. No. 1. The Complaint was personally served on Defendants on July 27, 2025. Dkt. Nos. 8 and 9; Declaration of Rupa Nath Cook ("Cook Decl.") ¶ 3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants were required to answer Plaintiff's Complaint within 21 days of service. Defendants' answers were due August 18, 2025. Cook Decl. ¶ 4.

Defendants did not timely answer, oppose, or otherwise appear in this action on August 18, 2025. Cook Decl. ¶ 5. Accordingly, Plaintiff respectfully requests that the Clerk enter the default against Defendants JONATHAN SEGALI and GOOD WORKS DRONE SHOWS LLC. Following the entry of default, Plaintiff intends to seek a default judgment pursuant to Fed. R. Civ. P. 55(b).

NATH COOK LAW P.C.

Dated: September 9, 2025

By: /s/ Rupa Nath Cook
Rupa Nath Cook
Norman Xavier
Attorneys for Plaintiff Luc Troussieux

**DECLARATION OF COUNSEL**

I, RUPA NATH COOK, declare as follows:

1. I am counsel of record for Plaintiff LUC TROUSSIEUX ("Plaintiff") in the above-captioned matter. I make this declaration in support of Plaintiff's Request for Entry of Default against Defendants JONATHAN SEGALI and GOOD WORKS DRONE SHOWS LLC. I have personal knowledge of the matters set forth herein, and if called as a witness, I would competently testify thereto.

2. On July 15, 2025, Plaintiff filed his complaint in this action, asserting claims against Defendants for Conversion, Fraud, Negligent Misrepresentation, Breach of Contribution Agreement, Breach of Operating Agreement, Breach of Fiduciary Duty, Breach of The Covenant of Good Faith And Fair Dealing, Unjust Enrichment, Common Counts, Failure to Provide Access to Book and Records (Statutory); and Accounting (the "Complaint").

3. On July 27, 2025, Defendants were personally served with the Summons and Complaint, as evidenced by the Proof of Service filed with the Court on July 28, 2025. Dkt. Nos. 8 and 9.

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants were obligated to answer the Complaint within 21 days of service, by August 17, 2025. However, August 17, 2025 was a Sunday; therefore, Defendants' answer was due August 18, 2025, pursuant to Fed. R. Civ. P. 6(a)(1)(C).

5. As of the date of this declaration, Defendants have failed to serve and file any answer or other response to the Complaint. No request for extension of time has been filed, nor has any communication been received from Defendants or counsel on their behalf.

6. Accordingly, Plaintiff respectfully requests that the Clerk enter default against JONATHAN SEGALI and GOOD WORKS DRONE SHOWS LLC pursuant to Fed. R. Civ. P. 55(a).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2025 in Costa Mesa, California.

                                                                         /s/ Rupa Nath Cook  
                                                                         Rupa Nath Cook

# CERTIFICATE OF SERVICE

Case Name: Luc Troussieux vs. Jonathan Segali, et al.
Case Number: 25-CV-05939-JCS

    I am a resident of, or employed in the County of Orange, State of California. I am over the age of 18 and not a party to this action. My business address is 100 Pine St, Ste. 1250, San Francisco, CA 94111-5235.

    On September 9, 2025, I served the following listed document(s): REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF RUPA NATH COOK IN SUPPORT THEREOF, by method indicated below, on the parties in this action:

    __X__ USPS mail: by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business.

    ____ Personal Service: By personally delivering, or causing to be delivered, a true copy thereof to the persons at the addresses set forth below.

    ____ Electronic service: I caused the documents to be electronically served via email to the address(es) listed below:

JONATHAN SEGALI
2747 Paradise Rd 1602
Las Vegas, NV 89109

GOOD WORKS DRONE SHOWS LLC
Agent for Service: Jonathan Segali
2747 Paradise Rd 1602
Las Vegas, NV 89109

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 9, 2025          /s/ Carmina Casso
                                             Carmina Casso

REQUEST FOR ENTRY OF DEFAULT | CASE NO. 25-CV-05939-JCS