Rupa Nath Cook (SBN: 296130)
Norman Xavier (SBN: 361995)
**NATH COOK LAW PC**
100 Pine St, Ste 1250
San Francisco, CA 94111-5235
Tel: 714-335-2266
Email: rupa@nathcook.com

*Attorney for Plaintiff Luc Troussieux*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUC TROUSSIEUX, an individual<br><br>Plaintiff<br><br>v.<br><br>JONATHAN SEGALI, and individual; GOOD WORKS DRONE SHOWS LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 25-CV-05939-JCS<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Date: October 15, 2025<br><br>Complaint Filed: July 15, 2025<br>Judge: Joseph C. Spero |

Pursuant to Civil Local Rules 6-1(b) and 6-3, Plaintiff Luc Troussieux ("Plaintiff") respectfully submits this motion to continue the Case Management Conference and related deadlines, including any deadlines associated with Rule 26 obligations or the filing of a Case Management Statement. Jonathan Segali and Good Works Drone Shows LLC (a Nevada limited liability company) (collectively, "Defendants") have not appeared, responded to the Complaint, or participated in any aspect of this case to date, and no opposition to this request is anticipated. In support of this motion, Plaintiff states as follows:

1.  Plaintiff's Complaint (Dkt. No. 1) was filed on July 15, 2025.

2.  Defendants have not responded to the Complaint, appeared in the case, or otherwise participated in this action.

3.  On September 15, 2025, the Clerk of the Court entered default against all Defendants. Dkt. No. 12.

4.  Plaintiff is in the process of preparing a motion for default judgment and anticipates filing it shortly.

5.  To allow Plaintiff sufficient time to finalize the motion for default judgment and avoid unnecessary expenditure of resources related to the Case Management Conference, Plaintiff respectfully requests that the Court continue the Case Management Conference and related deadlines, including any deadlines associated with Rule 26 obligations or the filing of a Case Management Statement.

6.  Pursuant to Civil Local Rule 6-1(b), "[a] Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint). A request for a Court order enlarging or shortening time may be made by written stipulation pursuant to Civil L.R. 6-2 or motion pursuant to Civil L.R. 6-3."

7. Plaintiff respectfully requests that the Court continue the Case Management Conference currently scheduled for October 15, 2025, to a date approximately 30 days from the current date or a date convenient to the Court. Plaintiff further requests that all related deadlines, including any deadlines associated with Rule 26 obligations or the filing of a Case Management Statement, be extended accordingly.

8. Good cause exists for the requested relief because Defendants have not appeared or responded; Plaintiff is diligently preparing a motion for default judgment; and a continuance would avoid unnecessary expenditure of time and resources by both Plaintiff and the Court.

9. This is Plaintiff's first request for a continuance of the Case Management Conference and related deadlines.

NATH COOK LAW

Dated  October 7, 2025            By: /s/ Rupa Nath Cook
                                      Rupa Nath Cook
                                      Norman Xavier
                                      Attorneys for Plaintiff Luc Troussieux

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion to continue the Case Management Conference and related deadlines, and finding good cause exists, IT IS SO ORDERED that:

1. The Case Management Conference currently scheduled for October 15, 2025, is hereby continued to November 19, 2025 at 2:00 pm

2. All related deadlines, including any deadlines associated with Rule 26 obligations or the filing of a Case Management Statement, are hereby extended accordingly, and the Case Management Statement in this matter is due on November 12, 2025.

Dated: October 7, 2025

_____
Judge Joseph C. Spero