# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re:

JONATHAN DALE SEGALI, and
ESTEFANY MARILU SEGALI,

Debtors.

Case No. 23-00598-NGH

Chapter 7

## WAIVER OF DISCHARGE UNDER 11 U.S.C. § 727(a)(10)

Pursuant to 11 U.S.C. § 727(a)(10), I, Jonathan Dale Segali, debtor in the above captioned case, hereby freely and knowingly waive my Chapter 7 discharge in the above-entitled case. I hereby irrevocably waive any right to set aside, vacate or otherwise nullify this waiver of discharge. If at any time I file a motion or take action to set aside, vacate or nullify this waiver of discharge, the United States Trustee shall have the right to file a complaint objecting to my discharge, regardless of the amount of time that has passed. I understand that my debts which were or could have been listed or scheduled in the above-entitled bankruptcy case will not be discharged in this or any later chapter 7 bankruptcy case. *See* 11 U.S.C. § 523(a)(10). I respectfully request that the Court enter an order accepting this waiver of discharge and denying my discharge.

Date: 11-15-24

*Jonathan Segali*
Jonathan Dale Segali, Debtor