UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUC TROUSSIEUX, | Case No. 25-cv-05939-JCS |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION** |
| JONATHAN SEGALI, et al., | |
| Defendants. | |

Plaintiff brings this action against Defendants Jonathan Segali and Good Works Drone Shows LLC ("Good Works"), asserting state law claims for fraud and conversion, among other things, based on allegations that Defendant Segali induced Plaintiff to invest in Good Works through a series of misrepresentations and omissions about how the money would be used. In the Complaint, Plaintiff alleges that this Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff, who is a resident of California, and Defendants, who are citizens of Nevada. Compl. ¶ 7. Plaintiff alleges upon information and belief that "at all relevant times, Segali was a resident of the State of Nevada" and "is the managing member of Good Works, owning 90% of the interests in Good Works, and is also the agent for service of process for Good Works." *Id.* ¶ 5. He further alleges that "Good Works Drone Shows LLC is a limited liability company organized under the laws of the State of Nevada, with its principal place of business in Las Vegas, Nevada, and doing business nationwide, including in California." *Id.* ¶ 6.

In his recently filed declaration in support of his pending motion for default judgment, dkt. no. 15, Plaintiff discloses that the remaining 10 percent interest in Good Works is owned by Plaintiff. Troussieux Decl., dkt. no. 15-1, ¶ 5 ("My investment provided for a 10% ownership

interest in Good Works Drone Shows").  Because "an LLC is a citizen of every state of which its owners/members are citizens," *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006), Plaintiff's ownership interest in Good Works appears to destroy diversity, however, as both Plaintiff and Good Works are considered to be citizens of California.  Nor does it matter that Good Works is based in Nevada and organized under the laws of Nevada or that Segali – a resident of Nevada – is its agent for service of process.  *See Yang v. Colliers Int'l Grp. Inc.,* No. 3:25-CV-09680-JSC, 2026 WL 156617, at *2 (N.D. Cal. Jan. 20, 2026)(finding that "the state of incorporation and registered agent for service [of an LLC] are irrelevant to the question of diversity jurisdiction.").

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for lack of federal jurisdiction.  Plaintiff's response shall be filed by **March 2, 2026.** The motion hearing set for **February 25, 2026 is vacated.**  Should the Court find that there is federal jurisdiction over this case it may reset the motion hearing if it determines that a hearing is required.

IT IS SO ORDERED.

Dated:  February 12, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California