Rupa Nath Cook (SBN: 296130)
Erika Strauch (SBN: 694915)
**NATH COOK LAW PC**
100 Pine St, Ste 1250
San Francisco, CA 94111-5235
Tel: 714-335-2266
Email: rupa@nathcook.com

*Attorney for Plaintiff Luc Troussieux*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUC TROUSSIEUX, an individual<br><br>Plaintiff<br><br>v.<br><br>JONATHAN SEGALI, and individual; GOOD WORKS DRONE SHOWS LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 25-CV-05939-JCS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GOOD WORKS DRONE SHOWS LLC WITHOUT PREJUDICE**<br><br><br>Complaint Filed: July 15, 2025<br>Judge: Hon. Joseph C. Spero |

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Luc Trousseaux ("Plaintiff") by and through his undersigned counsel, hereby gives notice of his voluntary dismissal of Defendant Good Works Drone Shows LLC ("Good Works"). Good Works has not served an answer or a motion for summary judgment.

Dated: March 2, 2026                           NATH COOK LAW

                                                  By: /s/ Rupa Nath Cook
                                                    Rupa Nath Cook
                                                    Erika Strauch
                                                    Attorneys for Plaintiff Luc Troussieux