UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| LUC TROUSSIEUX,<br>Plaintiff,<br>v.<br>JONATHAN SEGALI,<br>Defendant. | Case No. 25-cv-05939-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING MOTION FOR DEFAULT JUDGMENT IN PART**<br><br>Re: Dkt. No. 33 |

On June 10, 2026, United States Magistrate Judge Joseph C. Spero issued a report and recommendation that default judgment be entered in part against defendant Jonathan Segali in this case. Report and Recommendation re: Motion for Default Judgment ("R&R") [Dkt. No. 33]. It was then reassigned to me. Dkt. No. 34. Plaintiff Luc Troussieux served Segali on June 12, 2026. Dkt. No. 35. As of the date of this Order, no party has filed an objection to the report and recommendation.

I find Judge Spero's report well-reasoned, thorough, and correct; I adopt it in every respect. Accordingly, Troussieux's motion for default judgment is GRANTED in part as to his eighth claim for unjust enrichment against Segali. I award $750,000 in restitution damages and $543.04 in costs. As stipulated by Troussieux at the default judgment hearing before Judge Spero, R&R at 10, Troussieux's tenth claim for failure to provide access to books and records in violation of Nevada Revised Statute § 86.241 is DISMISSED WITHOUT PREJUDICE. Troussieux's remaining claims are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: August 21, 2026



William H. Orrick
United States District Judge